IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RANDY DUPUIS, and TRAVIS BUSHEY,

Plaintiffs,

vs.

JUSTIN BARNES, Officer, in his individual capacity; and DYLAN BELTER, in his individual capacity;

Defendants.

8:25CV512

AMENDED FINAL PROGRESSION ORDER

IT IS ORDERED that Plaintiffs' unopposed motion to extend progression deadlines is granted. (Filing No. 20). The unexpired deadlines in the final progression order are amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for **July 24, 2026** is **continued** will be held with the undersigned magistrate judge on **September 16, 2026** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 7).

2)    The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 31, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by September 14, 2026.

**Note:** A discovery motion (including a motion to compel, to quash, or for a disputed protective order, or any motion regarding the scope and production of ESI) cannot be filed without first: a) thoroughly discussing the issue with opposing counsel in good faith (NECivR 7.1(j)); and then b) contacting the chambers of the undersigned magistrate judge to set a conference for

discussing the parties' dispute. The failure to contact the court prior to filing a discovery motion may result in an order striking the motion.

3)      The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 30, 2026.

     a.  The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 20.

     b.  Depositions will be limited by Rule 30(d)(1).

4)      The deadline for filing motions to dismiss and motions for summary judgment is October 30, 2026.

5)      Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)      The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)      All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge